UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LIFE LEGAL DEFENSE FOUNDATION § § §<br><br>Plaintiffs, § § §<br><br>v. § §<br><br>ASD SPECIALTY HEALTHCARE, LLC; AMERISOURCEBERGEN CORPORATION, and DANCO LABORATORIES § § § § § § §<br><br>Defendants. § | Civil Action No. 4:21-CV-0088<br><br>FILED UNDER SEAL |

## UNITED STATES' NOTICE OF INTERVENTION IN PART FOR PURPOSES OF SETTLEMENT AND DECLINATON IN PART

The United States, Relator Life Legal Defense Foundation, and Defendant Danco Laboratories have reached a settlement agreement to resolve the *qui tam* allegations in this action. In light of this agreement, and for the purpose of effectuating and formalizing resolution, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States respectfully advises the Court of its decision to intervene for purposes of settlement as to the claims asserted against Danco Laboratories.

Under the terms and conditions of the settlement agreement between the parties, the United States and Relator will file a Joint Notice of Dismissal upon receipt of the payment as set forth in the settlement agreement. The United States does not presently intend to file a complaint in intervention, but reserves the right to seek leave to file such a complaint in the event Defendant Danco Laboratories fails to pay the settlement amount as set forth in the settlement agreement.

The United States declines intervention with respect to all other claims alleged in this action against ASD Specialty Healthcare, LLC and AmerisourceBergen Corporation.

Respectfully submitted,

BRIT FEATHERSTON
United States Attorney

*/s/ Adrian Garcia*
ADRIAN GARCIA
JAMES GILLINGHAM
Assistant U.S. Attorney
Eastern District of Texas
101 East Park Blvd. Suite 500
Plano, Texas 75074
E-mail: Adrian.Garcia@usdoj.gov
(972) 509-1201
(903) 509-1209 (fax)
Texas State Bar # 24084522

**ATTORNEYS FOR
THE UNITED STATES OF AMERICA**

## CERTIFICATE OF SERVICE

    I hereby certify on this 4th day of April 2023, I caused copies of the United States of America's Notice of Intervention in Part and Declination in Part for Settlement Purposes to be served by electronic mail on:

Katherine Seiler
P.O. Box 25341
Houston, Texas 77265
katherineseiler@protonmail.com
kshort@lldf.org

                                      */s/ Adrian Garcia*
                                      ADRIAN GARCIA