UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § <br> *ex rel.* LIFE LEGAL DEFENSE § <br> FOUNDATION § <br> § <br> v. § <br> § <br> ASD SPECIALTY HEALTHCARE, § <br> LLC, ET AL. § | | CIVIL NO. 4:21-CV-088-SDJ <br><br><br> **FILED UNDER SEAL** |

# ORDER

The United States having concluded its investigation pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) of the allegations in the Complaint, and Relator Life Legal Defense Foundation, Defendant Danco Laboratories, and the United States having reached a Settlement Agreement, (Dkt. #23) the Court orders as follows:

1. Relator's Complaint shall be unsealed (Dkt. #1);

2. The United States' Notice of Intervention, (Dkt. #23), and this Order shall be unsealed;

3. Other contents of the Court's docket in this action that are presently under seal shall remain under seal and not be made public; and

4. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

**So ORDERED and SIGNED this 6th day of April, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE